**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-2201**

_____

MARIE THERESE ASSA'AD-FALTAS, MD, MPH,

Plaintiff - Appellant,

v.

JOHN WILLIAMSON KITTREDGE, solely officially as Acting SC Chief Justice in
SC Appellate Case 2021-000815, and solely for declaratory and injunctive relief,

Defendant - Appellee.

_____

Appeal from the United States District Court for the District of South Carolina, at
Columbia.  Terry L. Wooten, Senior District Judge.  (3:22-cv-00923-TLW)

_____

Submitted:  July 30, 2024                    Decided:  August 1, 2024

_____

Before NIEMEYER, AGEE, and HEYTENS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Marie Therese Assa'ad-Faltas, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marie Therese Assa'ad-Faltas appeals the district court's order accepting the magistrate judge's recommendation to dismiss, after a 28 U.S.C. § 1915 review, Assa'ad-Faltas' civil complaint.  On appeal, we confine our review to the issues raised in the informal brief.  *See* 4th Cir. R. 34(b); *see also Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief.").  We have reviewed the record in conjunction with any preserved issues and have found no reversible error.  Accordingly, we affirm the district court's order.  *Assa'ad-Faltas v. Kittredge*, No. 3:22-cv-00923-TLW (D.S.C. Oct. 12, 2023).  We deny Assa'ad-Faltas' motions to consolidate, for injunctive relief pending appeal, and to remand to the district court.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*